

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
11/17/2020

| | |
|---|---|
| IN RE: <br> Colllins Olorondu and Juliana Chiaka Olorondu <br> Debtor(s) | CASE NO. 15–33510 <br> CHAPTER 13 |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*75* – Motion to Deposit Funds into the Court Registry Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 6,178.27
Owed to: WELLS FARGO

Signed and Entered on Docket: 11/17/20.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.